## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ORLANDO KELTY,** : | CIVIL ACTION |
| **Plaintiff** : | |
| : | |
| vs. : | NO. 16-0306 |
| : | |
| **CITY OF PHILADELPHIA, et al.,** : | |
| **Defendants** : | |

## O R D E R

**AND NOW,** this 10th day of June, 2016, upon consideration of the motion to dismiss (Document #), and the, IT IS HEREBY ORDERED that the motion to dismiss is GRANTED.

IT IS FURTHER ORDERED that:

1. The City of Philadelphia, Louis Giorla, Karen Bryant, and Gerald May are DISMISSED as defendants in this action with prejudice.

2. The plaintiff's claims brought pursuant to 42 U.S.C. §§ 1985 and 1986 are DISMISSED from this action with prejudice.

BY THE COURT:

/s/ Lawrence F. Stengel
LAWRENCE F. STENGEL, J.