# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| ORLANDO KELTY, | : | CIVIL ACTION |
| --- | --- | --- |
| Plaintiff | : | |
| | : | |
| vs. | : | NO. 16-0306 |
| | : | |
| OFFICER FREDERICK ROBINSON, | : | |
| Defendant | : | |

## O R D E R

**AND NOW,** this 22nd day of January, 2018, upon consideration of the plaintiff's uncontested motion to review and vacate the Clerk of Court's taxation of costs (Document #67), IT IS HEREBY ORDERED that the motion is GRANTED.

BY THE COURT:

*/s/ Lawrence F. Stengel*
LAWRENCE F. STENGEL, C. J.